**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IRENE BARNETT,

                Plaintiff,

vs.

SHREE DURGA SHAKTI INC., d/b/a RED
ROOF INN,

                Defendant.

CIVIL ACTION FILE

NO. 4:22-CV-0035-SCJ

## J U D G M E N T

      This action having come before the court, Honorable Steve C. Jones, United States

District Judge , for consideration, it is

      **Ordered and Adjudged** that Defendant's Counterclaims in this action be, and the

same hereby is, **DISMISSED WITHOUT PREJUDICE**.

     Dated at Rome, Georgia, this 13th day of April, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   *s/D. McGoldrick*
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 13, 2022
Kevin P. Weimer
Clerk of Court

By:  *s/D. McGoldrick*
      Deputy Clerk